Opinion issued July 26, 2007



 








 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-04-01125-CR

____________


NEKITA MONEK YOUNG, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 209th District Court

Harris County, Texas

Trial Court Cause No. 794871






MEMORANDUM OPINION

 We abated this appeal and ordered a hearing in the trial court because no brief
had been filed on appellant's behalf. Among the issues the trial judge was to consider
were whether appellant desired to prosecute the appeal and, if so, whether appellant
had made arrangements for filing her brief in the above referenced appeal. We order
the appeal reinstated.

 On July 9, 2007, appellant filed a motion to dismiss the above-referenced
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Keyes and Higley. 

Do not publish. Tex. R. App. P. 47.2(b).